

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 04 2014 ★
BROOKLYN OFFICE

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

JOSEPH ANCI
Assistant Corporation Counsel
Labor & Employment Law Division
Phone: (212) 356-1106
Fax: (212) 356-2439
E-mail: janci@law.nyc.gov

October 31, 2014

**VIA ECF**
Honorable Jack B. Weinstein
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  Madeleyn Dimitracopoulos v. New York City Board/Dept. of Educ., et al
           Case No. 14 Civ. 0674 (JBW) (JO)

Dear Judge Weinstein:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and, along with Jay Kim, I represent defendants New York City Board/Department of Education ("DOE"), Magdalen Radovich, Gisele Morgan and Dr. James Brown ("DOE Defendants") in the above-referenced action. I write jointly, with the consent of the attorneys for Plaintiff, Glass Krakower LLP, to inform the Court that the parties have agreed to financial terms for the settlement of this matter. The parties respectfully request that the Court adjourn all current deadlines[1] for thirty (30) days to allow the parties to finalize the settlement papers and to file a stipulation of dismissal/discontinuance.

*[handwritten: Adjournments granted; close the case subject to a motion to reopen. So ordered. JBW 11/3/14]*

Respectfully submitted,

/s/
Joseph Anci
Assistant Corporation Counsel

cc:  Bryan D. Glass, Esq. (Via ECF)
      Glass Krakower LLP
      Attorneys for Plaintiff

---

[1] The current deadlines are – November 3, 2014 for pre-trial submissions and motions; November 10, 2014 for oral argument on any pre-trial motions; and November 17, 2014 for jury selection.