UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MADELEYN DIMITRACOPOULOS,

                                                Plaintiff,

            -against-

NEW YORK CITY BOARD/DEPARTMENT OF
EDUCATION; CARL HUDSON, FORMER PRINCIPAL
OF FLUSHING HIGH SCHOOL; MAGDALEN
RADOVICH, FORMER PRINCIPAL OF FLUSHING
HIGH SCHOOL; GISELE MORGAN, ASSISTANT
PRINCIPAL OF ENGLISH OF FLUSHING HIGH
SCHOOL; DR. JAMES BROWN, PRINCIPAL OF
FLUSHING HIGH SCHOOL,

                                                Defendants.

------------------------------------------------------------------X

**STIPULATION OF DISMISSAL OF THE CLAIMS OF PLAINTIFF MADELEYN DIMITRACOPOULOS**

14 Civ. 0674 (JBW)(JO)

        **WHEREAS**, plaintiff commenced the above-captioned action alleging claims of discrimination and retaliation in employment, and;

        **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations, and;

        **WHEREAS**, defendants and plaintiff Madeleyn Dimitracopoulos (collectively, "the parties") now desire to resolve the issues raised in this action without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice.

Dated:     New York, New York
           November 3, 2014

|  |  |
|---|---|
| **GLASS KRAKOWER, LLP**<br>Attorneys for Plaintiff<br>100 Church Street, 8th Floor<br>New York, New York 10007<br>(212) 537-6859<br>bg@glasskrakower.com | **ZACHARY W. CARTER**<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants<br>100 Church Street, Room 2-144<br>New York, New York 10007-2601<br>(212) 356-2458<br>jakim@law.nyc.gov |
| By: _____<br>Bryan D. Glass | By: _____<br>Jay Y. Kim<br>Assistant Corporation Counsel |

_____  11/14/14
Madeleyn Dimitracopoulos, *Plaintiff*

2