UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

MADELEYN DIMITRACOPOULOS,

                                              Plaintiff,

                    -against-

NEW YORK CITY BOARD/DEPARTMENT OF
EDUCATION; CARL HUDSON, FORMER PRINCIPAL
OF FLUSHING HIGH SCHOOL; MAGDALEN
RADOVICH, FORMER PRINCIPAL OF FLUSHING
HIGH SCHOOL; GISELE MORGAN, ASSISTANT
PRINCIPAL OF ENGLISH OF FLUSHING HIGH
SCHOOL; DR. JAMES BROWN, PRINCIPAL OF
FLUSHING HIGH SCHOOL,

                                              Defendants.
------------------------------------------------------------------ X

**STIPULATION OF
DISMISSAL OF THE
CLAIMS OF PLAINTIFF
MADELEYN
DIMITRACOPOULOS**

14 Civ. 0674  (JBW)(JO)

        **WHEREAS,** plaintiff commenced the above-captioned action alleging claims of discrimination and retaliation in employment, and;

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations, and;

        **WHEREAS,** defendants and plaintiff Madeleyn Dimitracopoulos (collectively, "the parties") now desire to resolve the issues raised in this action without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice.

*Close the Case
So ordered*

*11/20/14*

Dated:      New York, New York
            November 3, 2014


**GLASS KRAKOWER, LLP**                    **ZACHARY W. CARTER**
Attorneys for Plaintiff                     Corporation Counsel of the
100 Church Street, 8th Floor                  City of New York
New York, New York 10007                    Attorney for Defendants
(212) 537-6859                              100 Church Street, Room 2-144
bg@glasskrakower.com                        New York, New York  10007-2601
                                            (212) 356-2458
                                            jakim@law.nyc.gov


By: _____             By: _____
      Bryan D. Glass                              Jay Y. Kim
                                                  Assistant Corporation Counsel


_Madelyn Dimitracopoulos, Plaintiff_